COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Kelsey, Beales and Senior Judge Clements


THE SALVATION ARMY AND
  CHESTERFIELD SERVICES, INC.

                                                    MEMORANDUM OPINION*
v.        Record No. 0897-14-2                           PER CURIAM
                                                      SEPTEMBER 16, 2014
VERONICA BANKS


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Rachel A. Riordan; Elizabeth N. Kazmerowski; Kalbaugh, Pfund &
            Messersmith, on brief), for appellants.

            (Robert E. Walsh; Rutter Mills, LLP, on brief), for appellee.


        The Salvation Army and Chesterfield Services Inc. (collectively employer) appeal the

decision of the Workers' Compensation Commission (commission) finding that a YMCA

membership, as recommended by the treating physician of Veronica Banks (claimant), was

reasonable, necessary, and causally related to her compensable shoulder injury. Employer

argues it presented credible evidence from an independent physician that claimant could

rehabilitate her shoulder at home and the commission should have assigned a greater weight to

the less expensive home rehabilitation option.

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Banks v. The Salvation Army, JCN VA00000533303 (May 2, 2014). We dispense

with oral argument and summarily affirm because the facts and legal contentions are adequately

_____
        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

Affirmed.